# Notice Recipients

District/Off: 0860–4   User: admin   Date Created: 4/7/2021
Case: 4:20–bk–14415   Form ID: 318   Total: 26

**Recipients of Notice of Electronic Filing:**
ust   U.S. Trustee (ust)   USTPRegion13.LR.ECF@usdoj.gov
tr   Renee S. Williams   rwilliamstrustee@gmail.com
aty   Mickey Lynn Stevens   skeltonandstevens@outlook.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db        Megan Conway        1920 W. Arch Ave.        Searcy, AR 72143
6620215   Bank of England Mortgage        123 S. Main Street        England, AR 72046
6620216   Capital One Bank USA NA        P.O. Box 30281        Salt Lake City, UT 84130
6620217   Capital One Bank USA NA        P.O. Box 30281        Salt Lake City, UT 84130
6620218   Cavalry Portfilio Services        500 Summit Lake Drive Ste A        Valhalla, NY 10595
6620219   Cavalry SPV I, LLC        500 Summit Lake Drive Ste400        Valhalla, NY 10595
6620220   Citibank NA        P.O. Box 6235        Sioux Falls, SD 57117
6620221   Comenity Capital Bank/Big Lots        P.O. Box 182120        Columbus, OH 43218
6620222   Credit First        6275 Eastland Road        Brookpark, OH 44142
6620223   Credit First Natl Assoc        P.O. Box 81315        Cleveland, OH 44181
6620224   Credit One Bank        P.O. Box 98872        Las Vegas, NV 89193
6620225   LVNV Funding        C/O Resurgent Capital Services        P.O. Box 1269        Greenville, SC 29603
6620226   McHughes Law Firm PLLC        P.O. Box 7599        Little Rock, AR 72217
6620227   Merrick Bank        P.O. Box 9201        Old Bethpage, NY 11804
6620228   OCSE        P.O. Box 8057        Little Rock, AR 72203
6620229   Pennymac Loan Services        6101 Condor Drive        Simi Valley, CA 93065
6620230   Portfolio Recovery        120 Corporate Blvd. Suite 100        Norfolk, VA 23502
6620231   Private Naitonal Mortgage        P.O. Box 514387        Los Angeles, CA 90051
6620232   Synchrony Bank        P.O. Box 965048        Orlando, FL 32896
6628268   Terry Conway        44 Hartwell Circle        Searcy, AR 72143
6620233   Webbank/Fingerhut        6250 Ridgewood Road        Saint Cloud, MN 56303
6620234   Webbank/Fingerhut        6250 Ridgewood Road        Saint Cloud, MN 56303
6620235   White County Federal Credit Un        508 W. Beebe Capps Expy        Searcy, AR 72143

TOTAL: 23